1  Mark E. Ellis - 127159
   David E. Castro - 298614
2  ELLIS LAW GROUP LLP
   1425 River Park Drive, Suite 400
3  Sacramento, CA  95815
   Tel: (916) 283-8820
4  Fax: (916) 283-8821
   mellis@ellislawgrp.com
5  dcastro@ellislawgrp.com

6  Attorneys for Defendants
   DENNIS M. WRIGHT D/B/A CENTRAL BUSINESS BUREAU
7  SIERRA VIEW MEDICAL CENTER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| SAMUEL GONZALEZ, an individual, | Case No.: 1:17-cv-01241 DAD BAM |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL OF PLAINTIFF'S CASE AGAINST DEFENDANT SIERRA VIEW MEDICAL CENTER AND PROPOSED ORDER** |
| v. | |
| DENNIS M. WRIGHT d/b/a/ CENTRAL BUSINESS BUREAU; SIERRA VIEW MEDICAL CENTER, INC.; and T.W. MACLENNAN, M.D., A MEDICAL CORPORATION, | **PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)** |
| Defendants. | |

**TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff SAMUEL GONZALEZ ("Plaintiff"), an individual, through his counsel of record, Wayne A. Sinnett of Sinnett Law, APC, and Defendant SIERRA VIEW MEDICAL CENTER ("Sierra View"), through its counsel of record, David E. Castro of the Ellis Law Group, LLP, hereby file this Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) as to Sierra View only and Proposed Order.  Sierra View shall be dismissed WITHOUT PREJUDICE from this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party bearing their own costs and fees.

- 1 -

**JOINT STIPULATION FOR DISMISSAL OF PLAINTIFF'S CASE AGAINST DEFENDANT SIERRA VIEW MEDICAL CENTER AND PROPOSED ORDER**

ELLIS LAW GROUP LLP

Dated: January 23, 2018          By: */s/ David E. Castro*
                                     Mark E. Ellis
                                     David E. Castro
                                     Attorneys for Defendant
                                     DENNIS M. WRIGHT D/B/A CENTRAL BUSINESS BUREAU
                                     SIERRA VIEW MEDICAL CENTER


SINNETT LAW, APC

Dated: January 23, 2018          By: */s/ Wayne A. Sinnett*
                                     Wayne A. Sinnett, Esq.
                                     Attorneys for Plaintiff
                                     SAMUEL GONZALEZ

## **CERTIFICATION OF APPROVAL OF CONTENT**

I, David E. Castro, counsel for Defendant Sierra View Medical Center in the above-entitled matter, hereby certify that the required parties have approved and accepted the contents of this Joint Motion for Dismissal, and that I have obtained authorization from Wayne A. Sinnett, counsel for Plaintiff, for his electronic signature(s) on the Joint Motion.


Dated: January 23, 2018          By: */s/ David E. Castro*
                                     David E. Castro
                                     *Attorney for Defendants*

## **PROPOSED ORDERED**

BEFORE THE COURT is the parties' Stipulation for Dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party bearing their own costs and fees. Accordingly, all claims and causes of action, as to Defendant Sierra View only, are dismissed without prejudice. Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated this ___ day of _____, 2017.

HON. MAGISTRATE JUDGE MCAULIFFE

- 2 -

**JOINT STIPULATION FOR DISMISSAL OF PLAINTIFF'S CASE AGAINST DEFENDANT SIERRA VIEW MEDICAL CENTER AND PROPOSED ORDER**